# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 3, 2006

*Before*

**Hon.** WILLIAM J. BAUER, *Circuit Judge*

**Hon.** KENNETH F. RIPPLE, *Circuit Judge*

**Hon.** ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff-Appellant,<br><br>No. 05-1785　　　　　　　v.<br><br>PAUL M. VAN EYL,<br>　　　Defendant-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 02 CR 287<br>]<br>] James B. Zagel,<br>]　　　Judge. |

The opinion of this court issued on October 2, 2006, is **WITHDRAWN** and the judgment is **VACATED**. A revised opinion will be issued in the near future.